BEFORE THE FIRST DIVISION, OCTOBER 9, 1943

**No. 48852.**—Protests 95776–K, etc., of Parfumerie De Raymond, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.